1  Michelle L. Roberts, State Bar No. 239092
   Email: mlr@ssrlawgroup.com
2  Cassie Springer-Sullivan, State Bar No. 221506
   Email: css@ssrlawgroup.com
3  SPRINGER-SULLIVAN & ROBERTS LLP
   410 - 12th Street, Suite 325
4  Oakland, CA 94607
   Tel: 510.992.6130
5  Fax: 510.280.7564

6  *Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOLORES CALIMAN, | Case No. C09-04096 SI |
| Plaintiff, | **STIPULATED DISMISSAL AND [PROPOSED] ORDER** |
| vs. | |
| MCKESSON CORPORATION SHORT TERM DISABILITY PLAN; MCKESSON CORPORATION LONG TERM DISABILITY PLAN; CIGNA GROUP INSURANCE, | |
| Defendants. | |

Plaintiff Dolores Caliman ("Plaintiff") and Defendants McKesson Corporation Short Term Disability Plan; McKesson Corporation Long Term Disability Plan; and CIGNA Group Insurance (referred to collectively as the "parties") have reached a resolution of this matter. The parties agree to dismiss this action in its entirety with prejudice, pursuant to Fed.R.Civ.P. 41(a). Each party shall bear its own fees and costs.

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| 1 | Dated: November 20, 2009 | Respectfully submitted, |
| 2 | | SPRINGER-SULLIVAN & ROBERTS LLP |
| 3 | | |
| 4 | | By: /s/ |
| | | Michelle L. Roberts |
| | | *Attorneys for Plaintiff* |
| 5 | | |
| 6 | Dated: November 20, 2009 | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP |
| 7 | | |
| 8 | | By: /s/ |
| | | Sean Nalty |
| | | Attorneys for Defendants |

The Court hereby dismisses this action with prejudice.

**SO ORDERED.**

Date: _____

*[Signature: Susan Illston]*

HONORABLE SUSAN ILLSTON
U.S. DISTRICT COURT JUDGE

# CERTIFICATE OF SERVICE
*Dolores Caliman v. McKesson Corporation Short Term Disability Plan, et al.,*
*USDC NDCA Case #C09-04096 SI*

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 California Street, 17th Floor, San Francisco, California 94105. On this date I served the following document(s):

**STIPULATED DISMISSAL AND [Proposed[ ORDER**

on the parties identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

☐ : **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

☐ : **By Personal Service** – I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

☐ : **By Overnight Courier** – I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

☐ : **Facsimile** – (Only where permitted. Must consult CCP § 1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.C.A.)

☒ : **Electronic Mail** – I caused the attached document to be electronically transmitted to the parties named below.

> Michelle L. Roberts, (State Bar No. 239092)
> Cassie Springer Sullivan (State Bar No. 221506)
> Springer, Sullivan & Roberts, LLP
> 410 – 12th Street, Ste. 325
> Oakland, CA 94607
> Tel: (510) 992-6130
> Fax: (510) 280-7564
> Attorney for Plaintiff DOLORES CALIMAN

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED **November 20, 2009** at San Francisco, California.

*/s/ Stacey Muller*
Stacey Muller

3
NOTICE OF APPEARANCE OF DEFENDANTS
USDC NDCA Case #CV09-00452 CRB
491664.1